**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      5:26-cv-02158-ODW-AJR                    Date:  June 12, 2026
                                                                              Page 1 of 3

Title:        Antonio M. Ortiz v. Larry D. Smith

---

DOCKET ENTRY:     **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO UPDATE ADDRESS OF RECORD**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| _Claudia Garcia-Marquez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

                None Present                                          None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On April 30, 2026, *pro se* Plaintiff Antonio M. Ortiz ("Plaintiff"), then incarcerated at the Larry D. Smith Correctional Facility ("SCF"), in Banning, California, filed this civil rights action pursuant to 42 U.S.C. § 1983 (the "Complaint") against the "Larry D. Smith jail deput[ies] and medical staff."  (Dkt. 1 at 2.)

On May 12, 2026, the Clerk's Office issued a standard Notice of Assignment notifying Plaintiff of the District Judge and Magistrate Judge who were assigned to the case, as well as a Notice of Resources for Pro Se Litigants.  (Dkts. 3, 4.)  On May 27, 2026, both mailings, which had been mailed to Plaintiff's address of record at Larry D. Smith Correctional Facility, 16275 Hardgrove St., Banning, CA 92220, were returned as undeliverable with the notation "Return to Sender Not in Custody."  (Dkts. 5, 6.)  The returned mailings were not docketed until June 8, 2026.  The Court subsequently checked

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      5:26-cv-02158-ODW-AJR                    Date:  June 12, 2026
                                                       Page 2 of 3

Title:          Antonio M. Ortiz v. Larry D. Smith

the Riverside County Sheriff's Department Inmate Locator website, which reflects that Plaintiff is no longer in custody under his name and booking number (202223163).[1]

Plaintiff is advised that pursuant to the Central District's Local Rules, parties proceeding *pro se* must maintain a current address of record.  Local Rule 11-3.8 requires the first page of all documents filed with the Court to contain the address "of the attorney or a party appearing pro se presenting the document."  C.D. Cal. L.R. 11-3.8.  Local Rule 41-6 also requires a party proceeding *pro se* to keep the Court and all other parties informed of the party's current address:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* [plaintiff] at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address **within 14 days of the service date of the order or other Court document**, **the Court may dismiss the action with or without prejudice for failure to prosecute.**

C.D. Cal. L.R. 41-6 (emphasis added).

Moreover, the Ninth Circuit has likewise made clear that "[a] party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address," and that dismissal under Federal Rule of Civil Procedure 41(b) is proper when a *pro se* litigant fails to do so.  Carey v. King, 856 F.2d 1439, 1441 (9th Cir. 1988).

The Court must have a current address of record for all parties to ensure proper service and receipt of filings.  Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **June 26, 2026**, why the Court should not recommend that this action be dismissed either with or without prejudice pursuant to Local Rule 41-6 for failure to provide an updated

---

[1] See https://jimspub.riversidesheriff.org/jimsacucgi/servlet/isCobol(IISQUERY) (last visited June 10, 2026).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.       5:26-cv-02158-ODW-AJR                    Date:  June 12, 2026
                                                                            Page 3 of 3

Title:          Antonio M. Ortiz v. Larry D. Smith

mailing address.  Plaintiff may satisfy this Order by filing a response with a current mailing address.

       Further, because it appears Plaintiff is no longer in custody, the Court advises that if Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss the entire action by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  A form Notice of Dismissal is attached for Plaintiff's convenience.

       The Court will mail this Order to Plaintiff at his current address of record because it has no other address on file.  Unless Plaintiff files a notice updating his address, the Court has no way of communicating with Plaintiff or ensuring that he receives the Court's orders.

       **Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause will result in a recommendation that this action be dismissed either with or without prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

       IT IS SO ORDERED.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).