**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      5:26-cv-02158-ODW-AJR                    Date:  July 6, 2026
                                                                            Page 1 of 4

Title:        Antonio M. Ortiz v. Larry D. Smith

---

DOCKET ENTRY:      **(1) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO UPDATE ADDRESS OF RECORD; (2) RESENDING ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND (DKT. 5); AND (3) FIRST AMENDED COMPLAINT DUE AUGUST 5, 2026**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

_Ashley Silva-Elder_              _____None_____              __None__
    Deputy Clerk                  Court Reporter/Recorder          Tape No.

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                          None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On April 20, 2026, *pro se* Plaintiff Antonio M. Ortiz ("Plaintiff"), then incarcerated at the Larry D. Smith Correctional Facility ("SCF"), in Banning, California, filed this civil rights action pursuant to 42 U.S.C. § 1983 (the "Complaint") against unknown deputies at SCF ("Doe Defendants").  (Dkt. 1 at 3.)

On May 26, 2026, the Court screened the Complaint pursuant to 28 U.S.C. § 1915A(a) and issued an order dismissing the Complaint with leave to amend for pleading deficiencies (the "May 26, 2026 Order").  (Dkt. 5.)  Plaintiff had until June 25, 2026 to file an amended complaint.  (Id. at 7-8.)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      5:26-cv-02158-ODW-AJR                    Date:  July 6, 2026
                                                       Page 2 of 4

Title:        Antonio M. Ortiz v. Larry D. Smith

     On June 16, 2026, the Court's May 26, 2026 Order, which had been mailed to Plaintiff's address of record at Larry D. Smith Correctional Facility, 16275 Hardgrove St., Banning, CA 92220, was returned as undeliverable with the notation "Return to Sender Not in Custody." (Dkt. 8.)  The returned mailing was not docketed until July 1, 2026. The Court subsequently checked the Riverside County Sheriff's Department Inmate Locator website, which reflects that Plaintiff is no longer in custody under his name and booking number (202223163).[1]

     Plaintiff is advised that pursuant to the Central District's Local Rules, parties proceeding *pro se* must maintain a current address of record.  Local Rule 11-3.8 requires the first page of all documents filed with the Court to contain the address "of the attorney or a party appearing pro se presenting the document."  C.D. Cal. L.R. 11-3.8.  Local Rule 41-6 also requires a party proceeding *pro se* to keep the Court and all other parties informed of the party's current address:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* [plaintiff] at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address **within 14 days of the service date of the order or other Court document**, **the Court may dismiss the action with or without prejudice for failure to prosecute.**

C.D. Cal. L.R. 41-6 (emphasis added).

     Moreover, the Ninth Circuit has likewise made clear that "[a] party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address," and that dismissal under Federal Rule of Civil Procedure 41(b) is proper when a *pro se* litigant fails to do so.  Carey v. King, 856 F.2d 1439, 1441 (9th Cir. 1988).

---

[1] See https://jimspub.riversidesheriff.org/jimsacucgi/servlet/isCobol(IISQUERY) (last visited July 6, 2026).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      5:26-cv-02158-ODW-AJR                    Date:  July 6, 2026
                                                       Page 3 of 4

Title:          Antonio M. Ortiz v. Larry D. Smith

      The Court must have a current address of record for all parties to ensure proper service and receipt of filings.  Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **July 20, 2026**, why the Court should not recommend that this action be dismissed either with or without prejudice pursuant to Local Rule 41-6 for failure to provide an updated mailing address.  Plaintiff may satisfy this Order to Show Cause by filing a response with a current mailing address.

      Plaintiff is further advised that because the Court's May 26, 2026 Order was returned as undeliverable, the Court will re-send a copy of that Order together with this Order to Show Cause.  Plaintiff must file a First Amended Complaint no later than **August 5, 2026**, in accordance with the requirements and instructions set forth in the Court's May 26, 2026 Order.  Plaintiff is cautioned that his failure to timely file a First Amended Complaint or otherwise comply with the May 26, 2026 Order may result in a recommendation that this action be dismissed.

      Further, because it appears Plaintiff is no longer in custody, the Court advises that if Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss the entire action by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  A form Notice of Dismissal is attached for Plaintiff's convenience.

      The Clerk is directed to mail this Order to Show Cause, together with the Court's May 26, 2026 Order (Dkt. 5), a blank civil rights complaint form (CV-66), and a blank Notice of Dismissal form, to Plaintiff at his current address of record because it has no other address on file.  Unless Plaintiff files a notice updating his address, the Court has no way of communicating with Plaintiff or ensuring that he receives the Court's orders.

      **Plaintiff is expressly warned that failure to timely (1) respond to this Order to Show Cause by providing a current mailing address; and (2) file a First Amended Complaint in compliance with the Court's May 26, 2026 Order, will result in a recommendation that this action be dismissed either with or without prejudice for**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      5:26-cv-02158-ODW-AJR                    Date:  July 6, 2026
                                                                          Page 4 of 4

Title:        Antonio M. Ortiz v. Larry D. Smith

**failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

        IT IS SO ORDERED.

Attachment:

CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.
May 26, 2026 Order Dismissing Complaint With Leave to Amend (Dkt. 5).